UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **SUNNY SWEET FARMS, LLC,**<br><br>　Plaintiff,<br><br>vs.<br><br>**M.F. BURGIN, INC, dba BURGIN FARMS,**<br><br>　Defendant, | Case No.: |

## CIVIL ACTION COMPLAINT

Plaintiff Sunny Sweet Farms, LLC, by and through its undersigned attorney states as follow:

### Jurisdiction and Venue

1. Plaintiff's claims arise under 7 U.S.C. §499e of the Perishable Agricultural Commodities Act ("PACA"). This Court has jurisdiction over this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a).

2. Venue in this District is based on 28 U.S.C. §1391(b).

### The Parties

3. Plaintiff Sunny Sweet Farms, LLC ("Sunny Sweet"), is a Florida limited liability company with its principal place of business in Bowling Green, Florida.

4. Defendant is M.F. Burgin, Inc. dba Burgin Farms ("Burgin Farms"), a Florida corporation with its principal place of business at 620

South 6th Avenue Wauchula, Florida. At all times material to this case, Burgin Farms was a dealer and commission merchant subject to PACA.

## General Allegations

5. Plaintiff Sunny Sweet grows wholesale quantities of perishable agricultural commodities ("Produce"), specifically fresh peppers, such as bell peppers, poblano peppers, and cubanelle peppers.

6. Plaintiff Sunny Sweet is a "grower" as defined by 7 C.F.R. §46.2(p).

7. At all times material to this case, Defendant Burgin Farms bought and sold wholesale or jobbing quantities of Produce in interstate and foreign commerce and is a "dealer" of Produce as defined by 7 C.F.R. §46.2(m).

8. Defendant Burgin Farms' operations also include acting as a grower's agent as defined by 7 C.F.R. §§46.2(q) and 46.30. It packs, markets and sells produce grown by growers such as Plaintiff.

9. In or about 2020, Defendant Burgin Farms began acting as a grower's agent, selling Produce grown by Plaintiff Sunny Sweet. The parties agreed that Defendant Burgin Farms would sell all Produce that Plaintiff Sunny Sweet delivered to it.

10. The parties agreed that Defendant Burgin would remit the net proceeds from the sale of the Produce to Plaintiff Sunny Sweet, less a

commission of 10% of the gross sale proceeds and less a fee of $1.00 per carton for packing and cooling.

11. Defendant Burgin Farms' responsibilities include packing, marketing and sale of Plaintiff's Produce, invoicing buyers, collecting payment, along with accounting to and tendering payment to Plaintiff Sunny Sweet.

12. Between March 31 and May 5, 2022, Plaintiff Sunny Sweet delivered at least 38,169 cartons of Produce to Defendant Burgin Farms, which Burgin Farms accepted.

13. At all times material to this case, Burgin Farms was licensed by the United States Department of Agriculture under PACA license number 19820424.

14. Defendant Burgin Farms did not notify Plaintiff Sunny Sweet of any problem related to the quality or condition of the Produce grown by it.

15. All conditions precedent to this action have been performed, waived, or occurred.

**COUNT I: FAILURE TO TENDER FULL PAYMENT PROMPTLY**
*7 U.S.C. §499b(4)*

16. Plaintiff Sunny Sweet re-alleges paragraphs 1 through 15 as though fully set forth herein.

17. As a PACA licensee, dealer of Produce, and grower's agent,

Defendant Burgin Farms had a duty under 7 C.F.R. §46.2(aa) to tender full payment promptly to Plaintiff Sunny Sweet.

18. Defendant's "Produce Disposition Reports" attached as Exhibit A state that Plaintiff is owed at least $772,501.29 for the sale of its Produce.

19. To date, Plaintiff has been paid $573,317.10, leaving a balance owed of at least $81,430.53.

20. Defendant failed to tender full payment promptly to Plaintiff Sunny Sweet in violation of 7 U.S.C. §499b(4).

21. Defendant is therefore liable to Plaintiff Sunny Sweet under 7 U.S.C. §499e for damages in the amount of at least $81,430.53, plus attorneys' fees, costs, and interest.

Plaintiff Sunny Sweet Farms, LLC seeks entry of a judgment against Defendant Burgin Farms in the amount of at least $81,430.53, plus attorneys' fees, costs, and interest.

### COUNT II: FAILURE TO ACCOUNT
*7 U.S.C. §499b(4)*

22. Plaintiff Sunny Sweet re-alleges paragraphs 1 through 15 as though fully set forth herein.

23. As a PACA licensee, dealer of Produce, and grower's agent, Defendant Burgin Farms has a duty under 7 C.F.R. § 46.21 and 46.32 to prepare and maintain complete records of all Produce transactions and to

render to prompt, accurate and detailed accountings to Plaintiff Sunny Sweet of all aspects of each Produce transaction, including actual expenses incurred, adjustments, and rejections.

24. Defendant Burgin Farms failed to provide Plaintiff with the "Produce Disposition Reports" attached as Exhibit promptly.

25. Defendant Burgin Farms failed to provide Plaintiff with records underlying the "Produce Disposition Reports" as required by 7 C.F.R. §§46.14-17 and 46.32, including, but not limited to, records of rejections.

26. Defendant Burgin Farms failed to disclose to Plaintiff that it was selling Plaintiff's Produce through its retail store for prices that were less than the prevailing market prices.

27. Defendant Burgin Farms' failure to render detailed, accurate and complete accountings to Plaintiff violates 7 U.S.C. §499b(4).

28. Defendant is therefore liable to Plaintiff Sunny Sweet under 7 U.S.C. §499e for damages in the amount of at least $81,430.53, plus attorneys' fees, costs, and interest.

Plaintiff Sunny Sweet Farms, LLC seeks entry of a judgment against Defendant Burgin Farms in the amount of at least $81,430.53, plus attorneys' fees, costs, and interest.

Respectfully submitted on Monday, February 13, 2023.

          **ESQUIVEL LAW, CHARTERED**

          /s/Katy Koestner Esquivel
          Katy Koestner Esquivel
          Florida Bar No. 0159484
          Moorings Professional Building
          2335 Tamiami Trail North
          Suite 301
          Naples, FL 34103-4457
          Telephone: (239)206-3731
          Facsimile: (239)431-3942
          kke@esquivel-law.com
          service@esquivel-law.com
          *Attorney for Plaintiff Sunny Sweet Farms, LLC.*